UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ERIC SAUNDERS,<br>　　　　Plaintiff,<br>v.<br><br>CONSUMERS ENERGY COMPANY,<br>　　　　Defendant. | No. 1:19-cv-782<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rules 52(a)(1) and 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 19, 2022　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge